[No. 65745-3-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JOSEPH CLINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06743-7, Jay V. White, J., entered July 1, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Schindler, J.

[No. 65767-4-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL ELAN BARNHART, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00310-5, Michael E. Rickert, J., entered July 21, 2010. *Reversed* by unpublished opinion per Ellington, J., concurred in by Grosse and Cox, JJ.

[No. 65939-1-I.   Division One.   November 14, 2011.]

JOEL ROSS, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-2-00332-0, John M. Meyer, J., entered August 6, 2010. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 65964-2-I.   Division One.   November 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. B.L.W., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-8-01617-8, Linda C. Krese, J., entered September 7, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.